ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| OMAR ALVARADO ALVARADO<br><br>Recurrente<br><br>V.<br><br><br>MARYCELIS RAMOS RODRÍGUEZ<br><br>Recurrida | KLCE202400168 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Caso Núm.:<br><br>BY2022CV05028<br><br>Sala: 403<br><br>Sobre:<br><br>Liquidación de Comunidad de Bienes |

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Salgado Schwarz y el Juez Ronda Del Toro.

Salgado Schwarz, Carlos G., Juez Ponente.

# **R E S O L U C I Ó N**

En San Juan, Puerto Rico, a 21 de febrero de 2024.

Comparece ante nos el Sr. Omar Alvarado Alvarado, (señora Guzmán Febo o Recurrente) y solicita que revoquemos una *Orden Interlocutoria* emitida por el Tribunal de Primera Instancia, Sala Superior de Bayamón (TPI o foro primario) el 4 de diciembre de 2023, notificada en esa misma fecha. Mediante el referido dictamen, el TPI dispuso sobre la pertinencia de unas preguntas en cierto interrogatorio cursado entre las partes.

Luego de deliberar los méritos del recurso ante nos, entendemos procedente no intervenir con la decisión recurrida. Si bien este foro apelativo no está obligado a fundamentar su determinación al denegar la expedición de un recurso discrecional,[1] abundamos sobre las bases de nuestra decisión para que las partes no alberguen

---

[1] 32 LPRA Ap. V, R. 52.1.

Número Identificador

RES2024_____

dudas en sus mentes sobre el ejercicio de nuestra facultad revisora y su justificación jurídica.

Conforme a lo anterior, expresamos que no surge del expediente de este caso que el TPI actuase mediando prejuicio, parcialidad, error manifiesto o mediante craso abuso de su discreción.[2] Tampoco divisamos fundamentos jurídicos que motiven la expedición del auto instado al amparo de los criterios dispuestos por la Regla 40 del Reglamento de este Tribunal de Apelaciones.[3]

Basado en lo anterior, *denegamos* la expedición del auto de *certiorari* ante nuestra consideración.

**Notifíquese**.

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*

---

[2] *Trans-Oceanic Life Ins. v. Oracle Corp.*, 184 DPR 689, 709 (2012).
[3] 4 LPRA Ap. XXII-B, R. 40.